**DISTRICT COURT OF APPEAL, FIRST DISTRICT**
**2000 Drayton Drive**
**Tallahassee, Florida 32399-0950**
**Telephone No. (850)488-6151**

**May 25, 2017**

CASE NO.: **1D14-1382**
L.T. No.: 01-2012-CF-003050-A

MATTHEW JOSEPH DETTLE          v.          STATE OF FLORIDA

Appellant / Petitioner(s),                    Appellee / Respondent(s)

**BY ORDER OF THE COURT:**

**ORDER ON MOTION FOR REHEARING EN BANC**

A judge of this court requested that this cause be considered en banc in accordance with Florida Rule of Appellate Procedure 9.331(c). All judges in regular active service have voted on the request. Less than a majority of those judges voted in favor of rehearing en banc. Accordingly, the request for rehearing en banc is denied.

ROBERTS, C.J., and WOLF, LEWIS, B.L. THOMAS, WETHERELL, ROWE, RAY, OSTERHAUS, KELSEY, WINOKUR, JAY, WINSOR, and M.K. THOMAS, JJ., concur.

MAKAR and BILBREY, JJ., would grant the motion for rehearing en banc.

**I HEREBY CERTIFY** that the foregoing is (a true copy of) the original court order.

Served:

| | | |
|---|---|---|
| Hon. Pamela Jo Bondi, A. G. | Hon. Andy Thomas, P.D. | Gilbert A. Schaffnit |
| Thomas H. Duffy, A.A.G. | Glen P. Gifford, A. P. D. | Courtenay H. Miller, A. P. D. |
| Justin D. Chapman, A. A. G. | Jessica Judith Dasilva | Hon. J. K. "Jess" Irby, Clerk |
| Hon. Robert Groeb, Judge | | |

am



_Jon S. Wheeler_
JON S. WHEELER, CLERK